[No. 8621-9-I.   Division One.   March 31, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK
EDWARD WISEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79-1-01524-1, Arthur E. Piehler, J., entered
March 26, 1980. *Reversed* by unpublished opinion per Callow, J., concurred in by James, C.J., and Ringold, J.

[No. 8406-2-I.   Division One.   March 31, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY
CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90526, Robert E. Dixon, J., entered January
11, 1980. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen and Durham, JJ.

[No. 6321-9-I.   Division One.   March 31, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
BENN BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82556, Robert M. Elston, J., entered January
18, 1978. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Durham and Corbett, JJ.

[No. 8746-1-I.   Division One.   March 31, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE
JAMES JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80-1-00115-5, William C. Goodloe, J., entered
April 23, 1980. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Callow and Andersen, JJ.